United States Court of Appeals
For the District of Columbia Circuit     9 APR 2019
No. 18-5253          Civil Action No. 17-02488 (TSC)

John Alvin Beck
   Appellant
        v
United States Government, et al,
   Appellees

Appellant's Brief

What I have to say to the Appeals Court is very plain and simple so anyone can understand it.
I have never in my life been in Washington, D.C.
I a veteran by criminal action, by David Skorton and the Government of the United States of America, have been barred from Government property in Washington, D.C. under threat of arrest and imprisonment if I visit and give my respect to the hero's the men and women who gave their lives to protect the Constitution the country and you the members of the Appeals Court.
It is a disgrace that I am barred from visiting the Vietnam Wall and other treasures. This is a crime by David Skorton and the Government of the United States of America.
I want Justice in a Court Trial with Jury.
                    Appellant
                    John Alvin Beck
                    *John Alvin Beck* (signature)

USCA Case #18-5253    Document #1782721    Filed: 04/11/2019    Page 1 of 5

United States Court of Appeals
For The District of Columbia Circuit

9 APR 2019

No. 18-5253          Civil Action No. 17-02488(TSC)

John Alvin Beck
Appellant

v

United States Government, et al,
Appellees

Appendix

David Skorton and United States of America Government officals in their illegal barring of me from visiting Government property in Washington, D.C. lied in saying I was in Washington, D.C. in 2017. I have said many times I have never in my life been in Washington, D.C. This is a violation of my Constitutional Rights and the Appeals Court should grant me my right to a trial by jury and ask the Federal Bureau of Investigation to investigate this whole case.

Appellant
John Alvin Beck
*John Alvin Beck*

USCA Case #18-5253   Document #1782721   Filed: 04/11/2019   Page 3 of 5

# SMITHSONIAN INSTITUTION
## Office of Protection Services

# **BARRING NOTICE**

Date: 09/29/2017

Pursuant to 40 USC § 6306, 36 CFR § 504.5, and Section 22-3302 of the District of Columbia Code, you are hereby notified that effective immediately you are no longer permitted in the buildings or grounds specified below through September 30, 2018:

LOCATION(S): Smithsonian Institution buildings and grounds on the National Mall in Washington, DC, specifically the following buildings and their grounds: the Smithsonian Building ("the Castle"), the Arts and Industries Building, the Freer Gallery of Art and the Arthur M. Sackler Gallery, the Hirshhorn Museum and Sculpture Garden, the National Air and Space Museum, the National Museum of African Art, the National Museum of African American History and Culture, the National Museum of American History, the National Museum of the American Indian, the National Museum of Natural History, and the S. Dillon Ripley Center.

IF YOU FAIL TO OBEY THIS NOTICE YOU WILL BE ARRESTED AND CHARGED WITH UNLAWFUL ENTRY.

REASONS:

For over 10 years, you have engaged in a campaign to draw attention to what you have characterized as the systematic slaughter of innocent animals at Cornell University. Your campaign has included placing advertisements in local New York papers and erecting signage on your property. In addition, you sued Cornell for dismissing you from employment. Your campaign has included hostile accusations against Dr. Skorton, Cornell's former president.

Since Secretary's Skorton's appointment at the Smithsonian, you have sent correspondence to the Smithsonian multiple times accusing Dr. Skorton of crimes and violence. The tone of your letters has been hostile.

You have been observed at the Smithsonian on at least three occasions this summer and fall asking for the location of the Secretary's office, despite having no business to conduct with the Smithsonian. Most recently, on September 26, 2017, you were present at the Smithsonian castle and inquired about the location of the Secretary's office and his phone number. When asked the nature of your business with the Secretary, you raised your voice then told the officer to disregard your inquiry. You indicated that you had attended school with the Secretary, but refused to leave any contact information.

USCA Case #18-5253    Document #1782721    Filed: 04/11/2019    Page 4 of 5

Because of your long-standing record of hostility towards Secretary Skorton, your repeated recent attempts to locate his office, and the confrontational and evasive behavior you displayed on Smithsonian grounds, you are hereby denied admission to the buildings or grounds identified above through September 30, 2018.

NAME: Beck, John    DOB: 01/27/1939    ; SEX: Male    ; RACE: White;

EYES: Green    ; HAIR: Gray    ; HEIGHT: 5'11"    ; WEIGHT: 250

ADDRESS: 422 Champlin Road, Groton, NY 13073

BY ORDER OF:    Jeanne O'Toole                                    Date: 09/19/2017

                Director, Office of Protection Services    (202) 633-5650

Signature: _[signed]_ for Jeanne O'Toole

Please note: Any individual barred from Smithsonian buildings and grounds may appeal the decision by submitting a written notice of appeal within 15 days after receipt of this barring notice to the Director, Office of Facilities Engineering and Operations, 600 Maryland Avenue, SW; P.O. Box 37012, MRC 526; Washington, D.C. 20013, stating the grounds upon which the individual contends the decision should be modified or reversed and providing any information in support of his/her request. **The barring notice remains in effect while the appeal is pending.**

---

This BARRING NOTICE was read to the subject, explained, and served by:

NAME OF SERVER (print): Douglas Hall

SIGNATURE: _[signed]_    DATE: 9/29/2017

TITLE (print): Deputy Director, OPS    BADGE NO.: _____

---

I have read the BARRING NOTICE, understand its meaning, and acknowledge receipt:

RECIPIENT'S SIGNATURE: _____    DATE: _____

ADDRESS: _____    TEL: _____

---

WITNESS SIGNATURE: _____    DATE _____

NAME (print): _____

TITLE (print): _____    BADGE NO. _____

---

FROM:

John A. Beck
422 Champlin Rd
Groton, New York
13073

TO:

CLE[RK]
United Stat[es]
333 C[on.]
Washing[ton]
2000[1]

**Utility Mailer**
**10 1/2" x 16"**

USCA Case #18-5253   Document #1780721   Filed: 04/11/2019   Page 5 of 5